UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 2, 2020   **Time:** 9:00 – 9:41 A.M.   **Judge:** BETH LABSON FREEMAN

**Total Time:** 41 Minutes

**Case No.**: 5:19-cr-00075-BLF-1   **Case Name:** UNITED STATES v. Collin Riley Howard

**Attorney for Plaintiff:** Sarah Griswold
**Attorney for Defendant:** Severa Keith for Collin Riley Howard - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell   **Court Reporter:** Summer Fisher
**Interpreter:** N/A   **Probation Officer:** N/A

# PROCEEDINGS

**CHANGE OF PLEA**

**Change of Plea Hearing held via Zoom Webinar.**

**Plea Agreement Executed via Zoom Webinar and received by the Court with Electronic Signatures. Original Plea Agreement to be delivered to Court for retention.**

**The Defendant Pleads GUILTY to COUNTS 1, 2, 3, and 4 of the Indictment filed on 2/14/2019.**

**The Court Refers Case to Pretrial Services for review of participation in ATIP.**

**The Court Further Refers Case to the Probation Department for preparation of a Presentencing Report.**

**Release Conditions remain as currently set.**

**CASE CONTINUED TO: July 28, 2020 at 9:00 AM for Further Status Conference and October 13, 2020 at 9:00 AM for Sentencing.**

///

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

*[signature]*
**Courtroom Deputy**

Original E-Filed