STEVEN G. KALAR
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:           Severa_Keith@fd.org

Counsel for Defendant Howard

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br>       v. <br><br> COLLIN HOWARD, <br><br>             Defendant. | **Case No.:** CR 19–00075 BLF <br><br> **STIPULATION AND [PROPOSED] ORDER RE: SAFETY VALVE ELIGIBILITY** |

　　　　IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by its undersigned counsel, and the defendant, Collin Howard, as follows:

1)　　On February 14, 2019, Collin Howard was charged with four counts of violating 18 U.S.C. § 841(a)(1) for distribution and possession with intent to distribute cocaine (Count One), distribution and possession with intent to distribute methamphetamine (Count Two), distribution and possession with intent to distribute five grams and more of methamphetamine (Count Three), and possession with intent to distribute five grams and more of methamphetamine (Count Four).

2)　　Counts Three and Four each carry a mandatory minimum sentence of five years imprisonment.

3)　　With respect to Counts Three and Four, both of which carry mandatory minimum sentences,

[PROPOSED] ORDER RE: SAFETY VALVE
*HOWARD*, CR 19–00075 BLF

the parties stipulate and agree that the Defendant is not currently ineligible for safety valve relief under 18 U.S.C. § 3553(f)(2).

IT IS SO STIPULATED AND AGREED.

Dated: August 11, 2020

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
SEVERA KEITH
Assistant Federal Public Defender

Dated: August 11, 2020

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
SARAH GRISWOLD
Assistant United States Attorney

IT IS SO ORDERED.

Dated: August ___, 2020

HONORABLE BETH LABSON FREEMAN
United States District Court Judge

[PROPOSED] ORDER RE: SAFETY VALVE
*HOWARD*, CR 19–00075 BLF

2