UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COLLIN RILEY HOWARD,<br><br>    Defendant. | Case No.  19-cr-00075-BLF-1<br><br>**ORDER REASSIGNING CASE TO ATIP JUDGE** |

The undersigned judge, having received notice of defendant Collin Riley Howard's acceptance into the Alternative To Incarceration Program ("ATIP"), hereby reassigns this case to the Hon. Edward J. Davila, ATIP judge, for sentencing and all further proceedings.

All future filings shall bear the new initials EJD immediately after the case number.

**IT IS SO ORDERED.**

Dated: 8/18/2020

_____
Beth Labson Freeman
United States District Judge