UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLLIN RILEY HOWARD,<br><br>　　　　Defendant. | **CASE NO. CR 19-0075 BLF**<br><br>**[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a Preliminary Order of Forfeiture filed by the United States and the plea agreement entered on June 8, 2020, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Apple MacBook Pro laptop, serial number C02X32LGJGH6;

b. Apple MacBook Air laptop, model number A1466, serial number C02J2190DRVF;

c. Apple iPhone X, IMEI number 356727087297808;

d. Digital scale; and

e. A forfeiture money judgment in the amount of $456.00,

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 19-0075 BLF                                                            1

pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website, for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel within (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this _____ day of _____ 2020.

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge