DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KAREN BEAUSEY (CABN 155258)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7200
    FAX: 415.436.7234
    karen.beausey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COLLIN RILEY HOWARD, <br><br> Defendant. | CASE NO.: CR 19-0075 EJD <br><br> **PROOF OF PUBLICATION OF NOTICE OF FORFEITURE ACTION** |

    In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning October 7, 2020, and ending on November 5, 2020. (See, Attachment 1).

//
//
//
//
//

1  I declare under penalty of perjury that the forgoing is true and correct. Executed on November 13, 2020 at San Francisco, CA.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Brenda Lukaitis*
BRENDA LUKAITIS
FSA Paralegal III/AFU



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 7, 2020 and November 05, 2020. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. COLLIN RILEY HOWARD

**Court Case No:** CR 19-CR 0075 EJD
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/07/2020 | 24.0 | Verified |
| 2 | 10/08/2020 | 23.9 | Verified |
| 3 | 10/09/2020 | 24.0 | Verified |
| 4 | 10/10/2020 | 24.0 | Verified |
| 5 | 10/11/2020 | 23.9 | Verified |
| 6 | 10/12/2020 | 23.9 | Verified |
| 7 | 10/13/2020 | 23.9 | Verified |
| 8 | 10/14/2020 | 23.8 | Verified |
| 9 | 10/15/2020 | 23.9 | Verified |
| 10 | 10/16/2020 | 23.9 | Verified |
| 11 | 10/17/2020 | 23.8 | Verified |
| 12 | 10/18/2020 | 23.9 | Verified |
| 13 | 10/19/2020 | 23.9 | Verified |
| 14 | 10/20/2020 | 23.9 | Verified |
| 15 | 10/21/2020 | 23.8 | Verified |
| 16 | 10/22/2020 | 24.0 | Verified |
| 17 | 10/23/2020 | 23.9 | Verified |
| 18 | 10/24/2020 | 23.9 | Verified |
| 19 | 10/25/2020 | 23.9 | Verified |
| 20 | 10/26/2020 | 23.9 | Verified |
| 21 | 10/27/2020 | 23.9 | Verified |
| 22 | 10/28/2020 | 23.8 | Verified |
| 23 | 10/29/2020 | 23.9 | Verified |
| 24 | 10/30/2020 | 23.9 | Verified |
| 25 | 10/31/2020 | 23.9 | Verified |
| 26 | 11/01/2020 | 24.0 | Verified |
| 27 | 11/02/2020 | 23.9 | Verified |
| 28 | 11/03/2020 | 23.9 | Verified |
| 29 | 11/04/2020 | 23.9 | Verified |
| 30 | 11/05/2020 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# COURT CASE NUMBER: CR 19-CR 0075 EJD; NOTICE OF FORFEITURE

Notice is hereby given that on September 29, 2020, in the case of <u>U.S. v. COLLIN RILEY HOWARD</u>, Court Case Number CR 19-CR 0075 EJD, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

Mac book Pro, Mac book Air, Apple iPhone X, One digital scale (19-CBP-000651), including the following items: 1 Apple MacBook Pro Laptop, Ser No: C02X32LGJGH6; 1 Apple MacBook Air Laptop, Ser No: C02J2190DRVF; 1 Apple iPhone X, IMEI No: 356727087297808; 1 Digital Scale which was seized from COLLIN RILLEY HOWARD on November 28, 2018 at Howard's UCSC dormitory, 1156 High Street, located in Santa Cruz, CA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (October 07, 2020) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 280 South First Street, Room 2112, San Jose, CA 95113, and a copy served upon Assistant United States Attorney Karen Beausey, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be

made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  See 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Karen Beausey, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA  94102.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.