UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** November 16, 2020 | **Time:** 1:18-1:27 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 9 Mins. | |
| **Case No.:** 19-cr-00075-EJD-1 | **Case Name:** UNITED STATES v. Collin Howard(P)(NC) | |

**Attorney for Plaintiff:** Cynthia Stier

**Attorney for Defendant:** Severa Keith

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – STATUS CONFERENCE
### Via Zoom Webinar Remotely Due to COVID19

Defendant is present, out of custody and consents to the proceeding being held via Zoom remotely. Defense Counsel updated the Court as to the status of the defendant. Counsel requested a further status conference. The Court granted the request and set a further status conference for 2/1/2021 at 1:30 p.m.

**CASE CONTINUED TO: February 1, 2021 1:30 P.M. for Further Status Conference.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original:** Efiled
**CC:**