UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-0075 EJD |
| Plaintiff, | [PROPOSED] **FINAL ORDER OF FORFEITURE** |
| v. | |
| COLLIN RILEY HOWARD, | |
| Defendant. | |

On Sept 29, 2020, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a. Apple MacBook Pro laptop, serial number C02X32LGJGH6;

    b. Apple MacBook Air laptop, model number A1466, serial number C02J2190DRVF;

    c. Apple iPhone X, IMEI number 356727087297808; and

    d. Digital scale,

pursuant to Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853.  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  12/8/2020

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 19-0075-EJD                                       2