UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** November 1, 2021 | **Time:** 1:32-1:42 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 10 Mins. | |
| **Case No.:** 19-cr-00075-EJD-1 | **Case Name:** UNITED STATES v. Collin Howard(P)(NC) | |

**Attorney for Plaintiff:** Cynthia Stier
**Attorney for Defendant:** Severa Keith

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Lee-Anne Shortridge |
| **Interpreter:** N/A | **Pretrial Officer:** Gustavo Rangel |

### PROCEEDINGS – STATUS CONFERENCE
### Via Zoom Webinar remotely due to COVID19

Defendant is present, out of custody and consents to the proceeding being held via video. Hearing held. The Court was updated as to the Defendants status. Defendant shall conduct a hair test. The Court set a further status conference re sentencing for 1/10/2022 at 1:30 p.m.

**CASE CONTINUED TO: January 10, 2022 1:30 P.M. for Further Status Conference.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**