GEOFFREY HANSEN
Federal Public Defender
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:   (408) 291-7399
Email:        Severa_Keith@fd.org

Counsel for Defendant COLLIN HOWARD

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>COLLIN HOWARD,<br><br>          Defendant. | CR 19–00075 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |

    Defendant Collin Howard and the Government, by and through counsel, hereby stipulate and agree that the status hearing currently set for Monday, January 10, 2022 at 1:30 p.m. may be continued to Monday, March 7, 2022 at 1:30 p.m.

    The reason for the requested continuance is that counsel for the defense has a scheduled bench trial starting on January 10, 2022, and this hearing could create a scheduling conflict with the currently set hearing date

///

///

IT IS SO STIPULATED.

                                        GEOFFREY HANSEN
                                        Acting Federal Public Defender

Dated: January 7, 2022                    /s
                                        SEVERA KEITH
                                        Assistant Federal Public Defender


                                        STEPHANIE HINDS
                                        Acting United States Attorney

Dated: January 7, 2022                    /s
                                        CYNTHIA STIER
                                        Assistant United States Attorney

## [PROPOSED] **ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, January 10, 2022 shall be continued to Monday, March 7, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____, 2022

                                        HONORABLE EDWARD J. DAVILA
                                        United States District Judge