**PROPOSED ORDER/COVER SHEET**

**TO:**     **Honorable Edward J. Davila**                    **RE:**   **Collin Howard**
            **U.S. District Judge**

**FROM:**   **Silvio Lugo, Chief**                    **Docket No.:**   **5:19-CR-0075-EJD**
            **U.S. Pretrial Services Officer**

**Date:**     **3/3/22**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel                                                    (408) 535-5226

U.S. Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge _____ Presiding  District Court Judge _____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

**A.**

**B.**

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]  Other Instructions:

_____

_____

_____                    May 2, 2022_____
**JUDICIAL OFFICER**                                        **DATE**