UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 9, 2022     **Time:** 1:45-1:48 PM     **Judge:** Edward J. Davila

**Total Time:** 3 min

**Case No.:** 5:19-cr-00075-EJD     **Case Name:** UNITED STATES v. Collin Riley Howard (P)(NC)

**Attorney for Plaintiff:** Cynthia Stier

**Attorney for Defendant:** Severa Keith

**Deputy Clerk:** Cheré Robinson     **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A     **Probation Officer:** Gustavo Rangel

### PROCEEDINGS – STATUS CONFERENCE

Defendant present and not-in-custody. Hearing held.

Court sets sentencing for 10/3/2022 at 1:30 PM and refers the matter to probation for a Presentence Report.

**CASE CONTINUED TO: October 3, 2022, 1:30 P.M. for Sentencing.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Chere Robinson
Courtroom Deputy
Original: Efiled
CC: