# Exhibit A

Reply | Reply All | Forward

Collin Howard <collin.riley.howard@gmail.com>   Severa Keith

**Fwd: Summer Grades and Fall Classes**

Retention Policy   Purge Old Mail (20 years)

## EXTERNAL SENDER

---------- Forwarded message ---------
From: **Collin Howard** <collin.riley.howard@gmail.com>
Date: Thu, Aug 25, 2022 at 7:09 AM
Subject: Summer Grades and Fall Classes
To: Gustavo Rangel <Gustavo_Rangel@canpt.uscourts.gov>

Attached.

### Summer 2022

| Course Title | Course Description | Grade | UA | UC | GP | GPA | Code | AA | CSU | IGETC | CSU | UC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIR 10 | INTRO TO INFO LITERACY | A | 1.00 | 1.00 | 4.00 | | | I | | | Yes | Yes |
| COUN 7 | IDENTITY & DIVERSITY | A | 3.00 | 3.00 | 12.00 | | | D, G | D | 4 | Yes | Yes |
| | Semester Totals | | 4.00 | 4.00 | 16.00 | 4.000 | | | | | | |
| | Semester Degree Applicable Totals | | 4.00 | 4.00 | 16.00 | 4.000 | | | | | | |

### Fall 2022

| Course Title | Course Description | Grade | UA | UC | GP | GPA | Code | AA | CSU | IGETC | CSU | UC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH 2 | CALCULUS 4 | Class in progress | 3.00 | | | | | B, MC | | | Yes | Yes |
| MATH 5 | INTRO TO LINEAR ALGEBRA | Class in progress | 4.00 | | | | | | | | Yes | Yes |
| PHYS 4I | WAVES, OPTICS, THERMO | Class in progress | 4.00 | | | | | C | B1, B3 | 5A, 5C | Yes | Yes |
| ENGL 5 | ADV COMP & CRIT THINKING | Class in progress | 3.00 | | | | | B | A3 | 1B | Yes | Yes |
| | Semester Totals | | 0.00 | 0.00 | 0.00 | 0.000 | | | | | | |
| | Semester Degree Applicable Totals | | 0.00 | 0.00 | 0.00 | 0.000 | | | | | | |
| | Local Totals | | 34.00 | 34.00 | 136.00 | 4.000 | | | | | | |
| | Local Degree Applicable Totals | | 34.00 | 34.00 | 136.00 | 4.000 | | | | | | |
| | Local CSU Applicable Totals | | 34.00 | 34.00 | 136.00 | 4.000 | | | | | | |
| | Local UC Applicable Totals | | 34.00 | 34.00 | 136.00 | 4.000 | | | | | | |