# Exhibit B

Yash Kedia

▮▮▮▮▮▮▮▮

Sunnyvale, California, ▮▮▮▮

September 23, 2022

RE: Collin Howard

To: The Honorable Edward J. Davila

    Judge of the Northern District of California

I am currently a student at Indiana University studying Finance. I have been best friends with Collin Howard for 9 years now. Through the time I have known Collin, he has always been hard-working, ambitious, and caring. Although he has committed a serious act, I am confident he will continue to improve himself and contribute positively to society.

Throughout middle school and high school, Collin was usually quiet, but he always knew when his friends needed help or emotional support. He was always there when I needed to someone to talk to. While he was good at listening, he had a tough time sharing his own feelings, so I had no idea what he was going through. Collin reached out to me and expressed his regret for his actions as well as his goal to be more open emotionally so he could get help. He accepted responsibility for the situation he put himself in and promised me he would do better.

Since making that promise, I have personally seen vast improvements in Collin's lifestyle and emotional stability. When I dropped him off at the rehabilitation center, he was depressed and still too stubborn to accept help. I would visit him once a month and would see clear improvements every time. He was doing everything in his power to stay sober and be the best version of himself. He even began to use his passion for coding towards a good cause. He built applications and websites for his rehabilitation center and their partners to help with fundraising and spreading awareness. After graduating from the rehabilitation program, I was very proud to hear he wanted to continue working at the rehabilitation center to help those that were struggling like he once was.

Since moving out of the rehabilitation center to live on his own, he has continued to contribute to society. Every time I talk to him about his schoolwork, I see how excited he is living like a normal student and earning a degree in computer science. I know how busy he is with a full-time job and as a full-time student, but he always makes time to help me with coding projects I have for school. I can call him anytime he is done with work, and he will patiently help me through my project no matter how tired he is. We talk regularly about his plans to transfer to a

university to achieve his goals of a computer science degree. He is currently applying to universities for next year as he will finish community college this spring. He also supplements his education with independent research of new coding languages and blockchain technology. In his minimal free time, he taught himself a new coding language that helped him earn a full-time job as a computer engineer at a startup.

While balancing a job and school, he is also working diligently to improve his emotional and physical well-being. He wakes up at 5am every day to run, bike, and swim. In fact, he is currently training to do a half iron man. At night, he meditates and reads to calm his mind. He has actively researched psychological therapy methods to find one that will work for him. Colling called me recently to tell me how excited he was to find a new therapist because he truly wants to get better. Last week he even called to tell me everything he learned in his latest session. 4 years ago, I would have never imagined Collin talking about his emotions in such a detailed and passionate manner. In the time since his past mistakes, he has made massive strides towards becoming the person he wants to be in the future. Collin understands he needs to keep improving, and I believe he will continue to thrive in any situation he faced with in the future.

Sincerely,

Yash Kedia