# Exhibit C

# COURT REFERENCE LETTER

To the Honorable Edward J. Davila
Judge of the Northern District of California,

My name is Ashley Chapman, and I am currently pursuing a bachelor's degree in business management and accounting while working as an unlicensed real estate assistant. Collin Howard and I met three years ago at Teen Challenge's rehabilitation program. I am a former graduate, but at the time I was the Donor Relations Coordinator at the administration office.

Since my acquaintance with Collin, I have noticed significant development and maturation. After getting to know him, he is a warm and compassionate individual. He enjoys assisting and encouraging others, especially when they are discouraged. Collins' ability to make people laugh and smile wherever he goes is one of his distinguishing characteristics.

Since leaving Teen Challenge, he has maintained a job by his diligence. Additionally, Collin has returned to community college to continue his education. As his sponsor, I am aware of his commitment to sobriety. We meet 1-3 times per week via telephone for accountability and to work on his steps. He appears eager to improve his life and become a better person.

Your Honor, thank you for examining the information I presented regarding Collin.

Please do not hesitate to contact me if you should require any further information.

Best,

Ashley Chapman
480.453.0460
a.chapman2127@gmail.com