# Exhibit D



To whom it may concern
The Honorable Edward J. Davila
Judge of the Northern District of California

My name is Rachel Nelson and I have worked with Collin Howard at the Palace Market since he started in June 2021. I wear many hats at the Palace Market: Bookkeeper, Admin Assistant, H.R. and Training, and many more including filling in where ever necessary.

When Collin started a little over a year ago at the Palace Market, in the grocery department, he kept his head down and got his work done. After a few months he warmed up to us and we got to know his personality.

As Collin learned more about the store and how things work, you could see him thinking about how he could help. When he was done stocking shelves for the day, he sought out other ways to help the store, including working in our produce department and learning how to input new items. Collin was then given the responsibility of ordering from Clover, where we get a majority of our dairy products, and Falcon, where we get assorted snack items. He took on these responsibilities without a second thought and has done them each week since perfectly. Collin has continued to seek out more responsibility at the store, including volunteering to lead our Safety team, making sure we are following all of OSHA's standards. He participates in many of the extracurricular activities offered through the store, like our Run Club, our Wellness Program, and volunteered to help in our trash clean up to protect our local watersheds.

His legacy at the store will be a simplified system of updating our produce prices on a weekly basis. This used to be an hours long task by our Pricing Coordinator, but now it has turned into only a few minutes from a computer program Collin built for us. It has never been easier for us to keep our produce prices correct. With Collin we are looking into how we can streamline our invoicing procedures which would save dozens of labor hours each week.

I feel confident speaking for our Store Director, his immediate supervisors and myself saying that Collin has been a pleasure to work with and get to know. We know grocery isn't his passion and won't be with us forever. When Collin moves onto a new job in his career field, he will be missed at the Palace Market. We only wish the best for Collin and his future endeavors.

Thank you Honorable Edward J. Davila for taking the time to read my letter of support for Collin Howard.

Respectfully,
Rachel Nelson