# Exhibit E

To The Honorable Edward J. Davila
Judge of the Northern District of California

My name is Megan Nelson, I am the pricing coordinator and the buyer of all things speciality for the Palace Market in Point Reyes Station. I met Collin in June of 2021, when he started as a grocery stocker for the market. He began his time at the store timid, but determined. He did what was asked of him perfectly, always ready for more work, more responsibility. For the first few months of his time at the store, we did not cross paths much. We worked in different departments and had very different responsibilities. But once Collin proved he was an excellent and skilled worker, he started spending more time in my department helping with any pricing issue within the grocery department.

He is active in the community we have here at the store. He participates in most of the extracurriculars that are offered at the store (ie volunteer opportunities and clubs), often times being the most excited and engaged about the events. On several occasions he has even offered to train with fellow employees who were preparing for athletic events or were just wanting to work on their fitness. After having spent more time together, he has become a good friend. He has been willing and patient with me especially when I asked him to teach me a little bit about coding. He was a wonderful teacher and would reexplain steps several times (on several occasions) when needed. He is an incredibly resilient person who does not let the opinion of others stop him from doing what is right. He is dedicated and focused, setting his mind on something and not stopping until he achieves what he wants.

When dealing with problems within the pricing for our store, Collin offered his ingenious computer skills and built us a program that allowed us to easily submit a produce invoice into his generator and it would create a list of all the information we needed to quickly upload and update the prices in our system. On several occasions, he had to rewrite the codes several times when errors presented themselves and he is always ready to make more corrections when needed. Because of this product, what would have normally taken me two to two and a half hours, has been trimmed down to being done in the matter of 10 minutes. He has really helped in making my time more useful and my tasks more efficient.

In addition to making my work load easier, he has become a way bigger player in our grocery department. The grocery managers have given him the greater task of ordering from different vendors from the store, making him responsible for the writing and placing of orders. In addition to that task, he has become a point person for the entering and correcting of items into our system. Collin is willing to be a helpful hand in any department, he has spent time in the produce, specialty, and cheese department when his assistance is not needed in grocery.

In my time spent with Collin, I have seen how much time he has been putting into his education, often times he spends his entire days off in the library working on his schooling. He has talked about completing his courses at the community college in Santa Rosa and moving onto a Univesity of California school or another four year university to achieve his degree. He is incredibly passionate about his education and I can not wait to see him achieve this goal.

I would like to thank you, The Honorable Edward J. Davila, and the Court for the considering the information I have mentioned above about Collin Howard.

Thank you,

Megan Nelson