# Exhibit F

| | |
|---|---|
| **From:** | Susan Joseph |
| **To:** | Severa Keith |
| **Subject:** | Collin Howard |
| **Date:** | Wednesday, September 21, 2022 9:28:11 AM |

**EXTERNAL SENDER**

The Honorable Edward J. Davila,

   My name is Susan Joseph and I am a Front End Manager at Palace Market. I have worked here for over 20 years. I have had the pleasure to work with Colin Howard for over a year.

   Collin is very helpful with all co-workers and with a great attitude, He is here on time and follows all directions. He is reliable at his job and his school.

   I have a problem with heavy lifting and he is alway making sure that he does the lifting for me.

No matter where he is in the store he always comes to my rescue.

     Thank you for your time sir

Susan Joseph
Front End Manager
Palace Market
11300 Hwy 1
Point Reyes Station, CA. 94956
415-663-1016