# Exhibit G

**To The Honorable Edward J. Davila**

**Judge of the Northern District of California**

I am writing this letter on behalf of my friend Collin Howard. My name is Holly Marquez and I am a very close friend of Collins. We went through the Teen Challenge program at the same time, then worked together as interns in the South Bay Teen Challenge admin office. After the program we have remained close friends, he moved to the North Bay, and we now also work together at a grocery store called Palace Market in Point Reyes. I am the produce manager and Collin works for the grocery department.

During the time I have known Collin he has been a great friend to me as well as a great coworker. I have seen him grow immensely and he has a strong desire to live an integrity filled, clean lifestyle. He is always on time to work and goes above and beyond in his work duties. He has become an asset to the Palace Market team. As for a friend I proudly call him my best friend. He is loving, kind, and always wants the best for me. I confide in Collin on a daily basis and he assists me in making the right choices in every aspect of my life. I have witnessed Collin putting in an immense amount of work into bettering himself in every aspect of his life. He has more discipline than anyone I know and I like that because it rubs off on me just having his presence in my life. Collin keeps his schedule full and is very devoted to his school and work. Collin is the most intelligent young man that I know and leads with his heart. In addition to his full school and workload Collin fills his free time with exercise and side computer jobs. He is a very driven individual and succeeds at everything he puts his mind to. He also has an exciting job offer on the horizon that I have no doubt will be coming through for him in the upcoming months. I can

not wait to see what the future has in store for him because I know it is going to be amazing and he will do great things.

I would like to thank the court for considering my insight on Collin Howard. I can confirm that in the time I have known Collin he has been an extremely reliable and trustworthy person in my life and a wonderful asset to it as well.

**Sincerely,**

*Holly L Marquez*

*(408) 685-4114*