# Exhibit B



Department of Mathematics

The Honorable Edward J. Davila
Judge of the Northern District of California

Dear Judge Davila,

I am a Santa Rosa Junior College Mathematics Instructor. Collin took my Multivariable Calculus Class in Spring of 22 and is currently taking my Linear Algebra course. These are high level math courses at the community college level. They are prerequisites for most Engineering degrees. Collin is exceptionally bright. He attends every class and gets every assignment completed. He gets grades near the top of the class on every test. This indicates to me that he can support himself and being a contributor to society. He is respectful, asks good thoughtful questions, and interacts well.  His dedication and effort in the class also show that he wants to improve himself, move forward with his life and become a better person. Here at the junior college, we take each student from where they are and help them move forward and define their goals for the future. Collin can have a good future.

Sincerely,

*Sara Jones*

Sara Jones
Mathematics Instructor
Santa Rosa Junior College
707-758-0084
sjones@santarosa.edu