UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 3, 2022 | **Time:** 2:23 – 3:04 PM<br>**Total Time:** 39 min | **Judge:** Edward J. Davila |

**Case No.:** 5:19-CR-00075 EJD     **Case Name:** *United States v. Collin Riley Howard* (P)(NC)

**Attorney for Plaintiff:** Wistar Wilson

**Attorney for Defendant:** Severa Keith

| | |
|---|---|
| **Deputy Clerk:** Cheré Robinson | **Court Reporter:** Summer Fisher |
| | **Probation Officer:** Cindy Suntay |

### PROCEEDINGS – SENTENCING HEARING

Defendant present and out of custody. Hearing Held.

The Court Grants the Government's 5k motion.

The Court GRANTS a variance.

The Court Sentenced Defendant as follows:

Defendant is sentenced to a credit of time served and imposes a 62-day curfew period as to Counts One, Two, Three and Four of the captioned Indictment (ECF No. 1, filed February 14, 2019). The curfew schedule to be developed between defendant and his probation officer. The imposition of curfew is stayed for a period of 45 days from this date.

Following the period of curfew, Defendant shall serve a term of 3 years of supervised release as to Counts 1-4 of the Indictment. The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release.

The Court imposes no fine. As special assessment fee of $400.00 is imposed.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled